IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS BRADY RICHARDSON, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0304 |
| | ) | Judge Trauger |
| U.S. MARSHALS SERVICE and | ) | Magistrate Judge Bryant |
| DICKSON COUNTY SHERIFF'S DEPT., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 24, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed as frivolous. (Docket No. 4) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED AS FRIVOLOUS** under 28 U.S.C. § 1915(e)(2)(B)(I). Any appeal taken from this ruling will not be certified as taken in good faith under 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

ENTER this 15th day of May 2007.

_____
ALETA A. TRAUGER
U.S. District Judge